IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) CR. MISC. NO. 2:07mj53-CSC |
| SEARCH WARRANT | ) |
| | ) |

## MOTION TO SEAL SEARCH WARRANT AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the search warrant affidavit listed above until investigation is completed.

Respectfully submitted this 30TH day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

Christopher A. Snyder
Assistant United States Attorney