IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE                        )
                             )  CR. MISC. NO. 2:07mj53-CSC
SEARCH WARRANT               )

### ORDER SEALING SEARCH WARRANT AFFIDAVIT

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the search warrant affidavit listed above is hereby sealed and to be kept secret until further investigation on this case is completed.

DONE this the 5th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE